The United States Court of Appeals for the Fifth Circuit is not open according to law. God save the United States and this honorable court. Be seated, please. Welcome to the Fifth Circuit, ladies and gentlemen. We have two cases on the docket. And I think all of you understand our signals. They operate like traffic signals. As long as you have a green light, you're running free. When the yellow light appears, begin to bring your argument to a close. And then when the red light appears, finish your sentence and stop. And I remind you that rebuttal is for rebuttal only. We call the first case, U.S. v. Reid. And we hear first from Mr. Parrish. Parrish. Did I murder your name? No, Judge. I tell people if you pretend the R's are D's, get close to rolling the R's. Okay. Let me ask you one thing preliminarily. Sure. I have here the originals of Exhibits 7 and 8, which purport to be what was submitted to the jury. And they have both the forms 4473 and 3310s in the package. Do you have anything to refute that this is what went to the jury? Judge, what I have are the record itself where references are made to Government's Exhibit 7, 8. And then in referencing Government Exhibit 9, the—I do, Judge. The answer is yes. Tell me what it is. Okay. At the—on the record at page 513, where the government has gone through and talked about Government's Exhibits 7 and 8 being form 4473s, they then talk about Government's Exhibit 9. And the question from the prosecutor is explained to the ladies and gentlemen of the jury why there are additional or added paperwork in Government's Exhibit 9. Answer. The reason being is the federal firearms licensee has gone out of business. And they're required, once they go out of business, to submit all documents with respect to firearms transactions to the ATF. And for the purposes of court, they submit or give to the requesting agent a certified copy. And this acts as the actual document. Question. So it's the 4473, like the other ones, referencing Government's Exhibits 7 and 8, but with a certified document because it comes from the ATF as opposed to from the actual federal firearms dealer because they've gone out of business. That's one instance, Judge. The other is the— But I mean, what I'm really asking you is, did Exhibits 7 and 8 go in as they were reported to be the original exhibits with the exhibit marked on them? I understand, and I'm prepared to argue either way. I do think that there's a legitimate factual dispute. But in the end, I don't believe that the additional materials provide any weight to my arguments regarding sufficiency. Well, we're going to let these exhibits be filed because they only face a report to be what was submitted to the jury. So go ahead, we argue. Thank you, Judge. Are they before us on appeal? Were they part of the pellet record? That's the big question, Judge. I don't doubt that Government's Exhibits 7 and 8 came into evidence. The question is, in what form? And if we go to the record— But were they brought up here to us as part of the record excerpts, and are they part of the pellet record? No, they were not part of the pellet record when it was certified by the district court. Well, what was in the record was a digital scanned copy. And so we directed that the original be filed, and that's what I have in front of me. There was no digital copy of the exhibits filed with the original certified record on appeal. Well, a lot of times exhibits stay in the district court, and we have to call them up. They just don't send everything to us. I understand. But they were in the district court record. They were not, Judge. The district court released them to the parties. And so the parties, the U.S. Attorney's Office has collected the documents you now have from their ATF agent or their government agent. They did not collect those documents from the court, from the court clerk, or from any court personnel. Okay. Go ahead with your argument. We'll iron this out later. Counsel, let me ask one question. In what you just explained a while ago, I got the idea that one or the other of these FFLs, federal firearm licensees, went out of business. Is that correct? I believe that's true with respect to Government's Exhibit 9. That's not an issue at Exhibit here today. The exhibits at issue here today are Government's Exhibits 7 and 8. Okay. So is the record clear that the FFLs mentioned in those documents did not go out of business? They were in business at the time that the purported license form was filled out. I believe that's true, but I'm not certain. You weren't trial counsel, were you? No, I was not, Judge. All right. Thank you. You're welcome. Does the government need to prove that Bachman Pawn and Academy Sports were FFLs, or does the government need only prove that there was an agreement to make a false statement to some license dealer? For the purposes of subject matter jurisdiction, whether you're looking at the conspiracy count or the substantive counts, there has to be a – they have to defraud a licensed dealer or else there's no federal jurisdiction. Right. I'm asking do they have to – does there have to be some evidence that they were trying to defraud a licensed dealer, or do they have to have evidence that they were trying to defraud Bachman Pawn and Academy Sports and that that was a licensed dealer? That's two different things. Which is it that the government has to prove? The latter, Judge, is what I believe. Why? Because if Bachman Pawn or Academy were not licensed dealers, then this court would not have jurisdiction. For example, if they were private entities and Mr. Kress and Mr. Reed decided to defraud the private entity who had no duty to be a federal licensee, there'd be no federal crime. Well, in these sting operations, you know, where the accused agrees to sell dope that doesn't exist, that's enough to make out the conspiracy charge. It may be for an 846 conspiracy, but a 371 conspiracy requires that the object of the conspiracy be a federal crime. There is a similar case with respect to banks and proof of the FDIC insurance. The name escapes me now, but this court, in analyzing the conspiracy issue and whether or not simply the intent to defraud a federally insured bank was sufficient, said no, that the bank has to actually be federally insured or else we don't have to. Is the case in brief? No, Judge. I came across it within the last two weeks and I haven't submitted it. Give us a supplemental and give us a case, will you? I will, Judge. Go ahead. That's not in your brief, USV Schultz, which it has to be an FDIC insured brief bank? I think that's in your reply brief. Are you talking about a different case? There is a different case, Judge. But that case also says that, doesn't it? And it's in your brief. I believe so. That proof that something is FDIC insured is a jurisdictional element, and by analogy you're arguing that proof that they're a federally licensed dealer is a jurisdictional element. That's true. That's your argument before us today. The other thing that I think is very important is there has to be proof that it was a licensed dealer at the time of the subject sale, and I think that's of significant importance for this reason. Take the Form 4473s and the other documents admitted into evidence. At most, you can infer that the clerk who didn't come to court, didn't testify, is a named unknown person, says that Bachman Pond has that particular license number. If we look at Page 3 on Governments Exhibits 7 and 8, this whole case is about this particular issue, whether or not this federal license number is sufficient to carry the government's burden. At most, this number is simply what this person who didn't come to court and testify, the transfer seller's name, is purporting as the license number. Well, you've got the issue that somebody who sells a gun wouldn't be collecting these forms unless he was a dealer and had to collect them under the regulations, wouldn't he? Couldn't the jury consider that? They could, Judge, and he might out of an abundance of caution, but what these forms don't do is these forms don't tell you or anybody, any juror, that this particular license was valid on the date of transfer. Well, it seems to me it would raise an inference that it was valid and then maybe it would be up to the defendant to show that it had expired. Let's take a notary stamp, for example, Judge. A notary stamp has on its face very often, or the notary is required to put into the document, that her commission expires on a particular date or time, or that his does. If I get pulled over by a traffic cop and he asks to see my license, if I'm one day beyond the date that it expires, that license is not valid. There is nothing in the record, absolutely zero evidence, to show that these particular licensed dealers were licensed at the time of the subject sale. It's an issue that this court addressed in the 70s in Fraser where this court said, actually it's the concurrence in Fraser from Chief Justice Brown, conclusory oral testimony of the kind we find adequate is just barely so, and in a number of situations it might not suffice at all. In that case, a government agent took the stand to testify that the seller was a licensed firearms dealer. And no agent testified to that in this case? Correct, Judge. But could the jury infer from the fact that the transactions actually occurred that ATF would not have approved of the transactions if the licenses were not current? So could that create an inference that the licenses were current? The fact that the transactions themselves went through? You'd need additional information, I believe, to make that inference. For example, what information was transmitted to ATF beyond the information of the purchaser? Was the license number actually required to be transferred to ATF? There's no testimony about that at all. And as far as I understand, the only thing that ATF is checking is whether the seller or the purchaser is qualified to purchase a gun. After Abramski, the pronunciation may not be correct, do you concede that it is a crime for a straw purchaser to falsely represent to an FFL that he is a true briar, that that's been decided? It was not decided at the time you filed your brief, but you concede that that is indeed a crime as the Supreme Court has articulated? By a 5-4 decision, it is a crime. Well, 5-4 counts in this world. It's a crime. Counsel, what was the lapse of time between the date that somebody filled out the form seeking to purchase the firearm in question and the testimony in this case relative to license? I don't know, but I believe there was no testimony with respect to the license. The only evidence is the documentary evidence. There's no oral testimony that the license was valid at the time. Are you telling me that no individual for either of the alleged firearm dealers came to court and testified regarding the form that was issued to that firearm dealer? That's correct, Judge. No employee, no proprietor, no agent came to court and testified that these dealers were licensed on this day. Who had the form that you are referring to as the one that the government says is sufficient? Where did that come from? My understanding is these were collected from the individual sellers. We have a license number on the form, right? We have a license number. It's not in the same format as the suggested format by the ATF form, but we have a number. We have a number, and I think we have a number of bank cases where we've held that if you put the charter in, the question in the bank case is whether the bank was chartered, and if you put that bank charter in, that's enough. Now, how do you know from that that it's not expired? There's also a case where the bank certificate, a copy of it, was placed into evidence, but it reflected a date seven years prior to the alleged fraudulent act. Most of them don't have an expiration date. I mean, the charter is just a charter, and then if there's some malfeasance or something, it's taken away. But just with the barrier charter, you don't know whether that's expired or not, do you? There's nothing that a jury could use to infer that it was valid. But aren't there plenty of cases where we've held that that's enough in the bank cases, just the charter itself? There's the Grady Davis case that happened last year where different banks, the charter reflected a different bank. We don't have a license that we can point to to say, yes, look, Bachman Pond actually corresponds to this license number that's purported and placed here by some unknown named person. Well, we've got a strange coincidence, though, that a guy that sells a license is going to trouble to get all these forms filled out and submit them to the ATF. The quality control measure, I hope, is higher than a strange coincidence when it comes to the sufficiency of the evidence, Judge. You know, it doesn't take a whole lot for the jury to draw it. I mean, you just need to write an inference, and then they can draw a conclusion from it. You don't have to show a conclusive evidence. Well, this court is really the last quality control measure. We recognize that juries make mistakes, that trial courts make mistakes. And the whole point of sufficiency review is to go back and see, is the quality of freedom that we expect in this country being met by the evidence that's being introduced at trial. I don't know that any company would submit to $9 million, $9 billion on this kind of evidence. And yet a man is in jail for almost 15 years on this kind of evidence. I'm not going to talk about his character or anything like that, but it's just the quality of the evidence. Thank you. Thank you. We have some time left for questions. Mr. Imperato. Good morning. My name is Ted Imperato, and I represent the United States. I'm a trial attorney here in Houston, and I'm really honored to be here today bargaining for you all. Counsel, would you please speak directly into the mic? Yes, Your Honor. Move it up. Pick it up. That's good. Okay. Clearly the two sides. Let me ask you, the main question here is sufficiency of the evidence to prove that these two companies were licensed firearm dealers. Is there any evidence in the record other than these four that tend to show that? The co-defendant testified and said that the company that he purchased the firearm from was an FFL. But the strongest evidence are the 4473s and the 3310s. The co-defendant testified that Bachman Pawn in Academy Sports was an FFL? He testified that I believe he bought it from Bachman Pawn. He testified that he purchased it from an FFL. Okay. Where in the record do I go for those citations? It was at Cress's testimony when he's being on direct examination. I don't have the page number. Okay. Are you saying that's on its face enough? No, no. Judge Davis asked me if there was other evidence. Right. I'm asking if there's enough testimony to support it. Apart from these exhibits, if these exhibits don't do it, is there testimony in the record that would satisfy your burden here? I think the forms are sufficient, Your Honor. If putting the forms to one side, is there testimony in the record that is sufficient? No. There's the 4473s that were admitted into evidence from Special Agent Sandy Riley. He went to, to answer Judge DeMoss' question, he went to the pawn shop and Academy because that's where they keep the 4473s. And the 3310s are actually faxed to three different law enforcement agencies. They're faxed to ATF, DPS, and the Sheriff's Office. And that's shown in Government's Exhibit 8, the one for Academy. Where in the record does it say that 7 and 8 were admitted? With Mr. Special Agent Riley's testimony. That they were, in fact, admitted into evidence. Yes, Your Honor. Special Agent Riley on his direct examination. If these are the crucial things that make your case, then why were not they included with the appellate record that you sent up? Why were these not in the record excerpts? If this is your whole case depends upon this, why was this not part of the record excerpts? They were sent up in the supplemental, Your Honor. That's why. Why weren't they sent up originally if the whole case hinges on these documents? It's the only document that should be included. I mean, it's the whole case depends on it. Judge, I can't answer that question. I don't know. I didn't write the brief. However, Judge, they were admitted at trial. Did you, were you at trial? No, Your Honor. I was not trial counsel. Were you a trial attorney? I am a trial attorney. I was not trial counsel on this case. For this case? No, Your Honor. Okay. Did these documents come from the trial court or did these documents come from the DOJ's files or the agent's files or someone associated with the government? I called Special Agent Sandy Riley and I asked for the trial exhibits seven and eight, which he had preserved in his office because he's required to keep them. He hand-delivered them to me and they are the ones that Judge Davis has this morning. How do we know that these are what was admitted at trial? Because I looked in the trial notebooks, Your Honor. I looked in the trial notebooks that were admitted at trial. I spoke to trial counsel. I asked them and the trial exhibits were part of the record and they're part. Was the jury in the box and did they hear and see all of this? I'm sorry, Your Honor. I didn't hear you. Was the jury in the box when you were, all of these transactions that you're talking about occurred? Were they in the box? Did the jury hear any of that? That the transactions, that they went and purchased these firearms? No, that the exhibits were admitted. Yes, they were in the box when Special Agent Sandy Riley testified. Governments Exhibits 7 and 8 were admitted through Special Agent Riley. But we don't know that these are 7 and 8 because these didn't come from the court as 7 and 8. These came from the officer, the agent, after the fact. Judge, 4473s contain the 3310s. In fact, I did firearm cases. Okay, so what does that mean? You're saying it's somewhere else in the record? No. What are you saying? They are part of a 4473 packet. You can't have a 3310 without a 4473. I've never even heard of 3310s before this case. There are multiple sales records that are contained within the 4473. But I'm saying how do we know that the 7 and 8 were the accurate 7 and 8? Because I looked in the trial record, Your Honor, and they're in the trial notebooks. And I spoke to co-counsel as well. Let me just ask you to tell us what was followed in these proceedings. I mean, ordinarily when an exhibit is introduced to the district court, that's where it stays. It stays in that record. Why was that not followed here? From what I understand, and I spoke to the case coordinator, they can't keep the trial exhibits, so they turn them back over to trial counsel who keeps them. However, the original 4473s cannot have to be kept by the ATF, so Governments Exhibits 7 and 8 were returned to the ATF. What stays in the trial record then? I'm sorry? Is there a copy that stays in the trial record or anything? Of the government exhibits? Yes. No. From what I understand, it's taken back and held by the state trial prosecutors. Counsel? Yes, Your Honor. When a firearm dealer gets a license, does he get a piece of paper that he can hold and say, here is my license? I don't believe that's in the record. I can speak from personal experience of doing these cases. Yes, they receive a license, which gives them their FFL number, which is what the jury saw in this case. They saw the 4473s. If you don't want to consider the 3310s, fine, don't consider them. We have enough evidence with just the 4473s. The 4473s contain the name, the stamp of the FFL, and the FFL license, and the date of the transaction. They were held by the companies, and the jury can reasonably infer from that. This is a form. This isn't just some receipt that's filled out. This is a government form that's required by statute and federal regulation that they keep. This is what the jury can reasonably infer. Like Judge Davis said, they can reasonably infer that on the date of these transactions, they had valid license. For the FFLs to fill this out and put a license that's not valid, they can get in a lot of trouble for that. They can be brought up on perjury charges or some type of federal prosecution. It's very explicit in the 4473 what they're required to do. Are you familiar with our series of bank cases where we've repeatedly chastised the government for not putting in a witness on to make the element that's the subject matter jurisdiction element, and that we said, oh, it's close to the line here. In fact, I believe last year we rejected one because we've warned so many times, and they didn't put on a witness to do that. Do you agree that in this . . . You're shaking your head yes. You're aware of that line of cases. You agree that it's analogous to this requirement that you would have to put on if they were a licensed firearm dealer, just like you have to put on that it's a valid bank. No, the license is not required. The case in Ballard and Frazier says you don't have to produce a license. Right, but that you have to put on some evidence that they were a proper FFL. We did, Judge. It's right here. But wouldn't you want to use belt and suspenders to put on your ATF agent to say, and they were a valid FFL at the time, wouldn't you want to in a good . . . This was not done according to the best standards, was it? Would you concede that? Judge, hindsight's 20-20. After every one of my trials, I go back and I look at the record. But this is the key subject matter jurisdiction. I think what we're looking at today is whether it's sufficient, and I think it's . . . If we could go back in time, I'm sure the prosecutors would have done it differently. What case says that this is sufficient? Ransom. Is there anything in the record that says other instances in which either one of these two FFLs did exactly what you said they did? In this case, that is, they issued a notice to the agencies pursuant to their responsibility as being a FFL licensee. Did they . . . Is this a single-case transaction, or is this an instance of a whole bunch of similar transactions that these two licensees did over a period of time? I'm not sure what you're asking, Your Honor. I think it's a single instance of what we're talking about. I'm not really clear, so I don't . . . You don't have a pattern with this stock and these people. It's one incident, right? In this case? Yes. They purchased three firearms from Bachman Pawn and two or three from Academy Sporting Goods. And neither Bachman Pawn or Academy had done any other issuance of licensees in the general time that these transactions occurred? Not that there's any evidence. I couldn't answer that because I don't believe it's in the record at trial. They just focused on these transactions. Well, when you're asking the jury to infer, what all are you suggesting that the jury draw an inference from? The one occasion on this case when the number on the form is what you say is their license number. Yes, I'm asking them to infer from Governments Exhibits 7 and 8 that the information that's contained in there is sufficient to establish that both of these FFLs were licensed on the date of the transactions because . . . Because what? Tell me that. Well, again, Your Honor, they are government forms. They're required to be filled out by statute and regulation. They're signed by the seller. They're signed by the buyer. They're not just receipts. They're required to fill these out. To fill them out improperly, they could get in trouble for that. They could be prosecuted federally for that. They could be charged with perjury. This isn't just any other form. Also, it has the name. It has the stamp. It has their full license number. A jury could reasonably infer . . . But who knows that the number on the form is their license number? As I understand it, there's nothing on the form that says that. Well, it says Federal Firearms License Number right here. Underneath that, it's stamped the license number. You just have to read the form, and it identifies what it is. What do you say to counsel's argument that nobody could know whether that license was still in effect on the day of the trial? Why didn't they raise that at the trial court, Judge? That was something that should have been . . . Well, jurisdictional, though. I mean, if you've got a jurisdictional issue, you don't have to raise it at trial. I don't know if this is jurisdictional, Judge. This isn't like the Schultz case. There are a couple of other circuits that say it is. Let's assume it is for the time being. Okay, so your question is . . . How could a jury know whether or not these licenses were in effect on the day of the sale? They've got a license number. Let's say they could infer that at one time this dealer had a license. How do they know it was valid on the day of the sale? I think that they have to reasonably infer that a licensed FFL that's in good standing would not falsify a form. I think that's a reasonable inference under both standards before the court, manifest miscarriage of justice and the Jackson standard. I think it would be sufficient. Who would falsify the form if they're not current on their FFL? Pawn shops that are not as reputable as Academy and Bachman Pawn that aren't diligent in their records. I mean, it happens all the time. But you don't have to be falsifying. You could just let it lapse. Judge, this is Academy Sporting Goods. They deal in bulk. I think the jury could take that in consideration as well. Every juror sitting on the panel . . . What about the pawn shop? I'm not familiar with Bachman Pawn, Your Honor, but I think from Academy, everybody's shopped there. I was there yesterday. I went into the gun counter, and they're selling guns left and right. I mean, they're filling out these forms. I think that a jury can reasonably infer from the form and their own personal experience, which they're allowed to bring with them, they can infer that their license is still good. Let's go into this jurisdictional point. Is it the government's position at this stage that it is not jurisdictional? And if so, what is your best authority for that? I don't have it. It's not cited on the record, and we didn't put it in our brief. That's just going through some . . . When I was reviewing the Schultz case, Schultz dealt with the FDIC. When I was doing my own research, I don't have a case, Your Honor, and if you'd like me to, I could look into it. Well, I'm just curious. Is the government taking the position, you as the government, that in the Fifth Circuit it is not jurisdictional, that this requirement is not jurisdictional? That's a big deal, and so I just want to know whether it is or not. Based on what I read, I thought that interstate commerce was inferred, that this was not a jurisdictional question, that it was inferred because it affects interstate commerce, which would then affect interstate commerce. So you're asking us to create a circuit split here. Is that correct? Because no circuit has yet held that way. Am I correct? Judge, I'd have to look into that more before I answer it. I don't feel comfortable doing that. It wasn't in the brief. So you're not relying on the jurisdictional argument today? No. I'm relying on whether this was sufficient or not. Okay. Sufficiency is the whole thing. Yes. You're not saying it's not jurisdictional? No. Okay. No, that's not my argument. That's not my question, and I want to make clear. I think I was responding to some questions. You have your own view about it, but you're not telling me as the government that it's not jurisdictional. No, I'm not. I'm saying, Judge, that this is sufficient, that these 4473s, that a reasonable jury could look at them and infer that both Bachman Pond and Academy were licensed FFLs on the date of the transactions. You mentioned the co-defendant's testimony that he bought them from FFL. I mean, is there any indication he had any knowledge about that? No, Judge. It was a weak answer, but I was asked a question, and I stick to the record. I'm not saying it's the best evidence we have. In fact, I believe it was a compound question, and I wasn't personally going to bring it up today, but I was asked by Judge L. Rodden I want to answer. So there is something else. It's weak, but it's there. And you told me that that wasn't enough and you weren't relying on it. Oh, no, no, no, Judge. I wouldn't rely on that. In fact, like I said, I didn't even want to argue it today, but you asked. Counsel, does the record indicate the date on which each of the individuals that you are accusing now to have falsified something did fill out that form? Yes, Your Honor. It states the date is on it. The form is dated itself? Yes. Are there different dates for the two forms that you've referred to? No. In fact, they were sent on the same date. The one for Bachman Pawn was November 14th of 2009, and the 3310 was filled out on the same date. And then Academy, they also filled out the same form on February 13th, 2010. And then if you keep going through the record with the originals that you had, they faxed them to the law enforcement agencies on that same day, to ATF, to the Sheriff's Department, and to DPS, and that's what they have listed at the bottom. So it was all on the same date. And those are all available, would have been available to the jury in reviewing in the jury room this case, those various dates. Is that correct? Yes, Your Honor. Even if you want to just consider the 4473s, they are listed on the date of the transaction is listed on the 4473 up at the top. And it's also listed on the second page where it says date transferred. So it is on just the 4473. Now when, where, and how did the government learn that the information on the form was false? When the firearms were received by the grandmother in the Virgin Islands, ATF opened up the investigation. Special Agent Sandy Riley was assigned the case, and from my understanding based on what I read in the record, he went back because they traced the firearms, he went back to the FFLs, pulled the 4473s because the 4473s are kept. What was the lapse of time between the time somebody started checking and the date of the 4443 or whatever? The 4473? I don't know, Judge. I didn't. Is that all in the record? It is in the record as far as the dates. It's in the record that the 4473s were in the hands of ATF, and that's the way they traced the guns back to the gun dealers? I'd have to go back and review the record. I think that when I say he, Special Agent Sandy Riley states at some point, and it may have been the second time he testified if memory serves, that he went to the FFLs and had to get the 4473, but I'd have to check the record to be sure. Okay. I think we have your argument. Judge, thank you. Thank you, Judge. Thank you. Okay, rebuttal. A couple of points, Judge. The argument's made that no FFL would lie on these forms. This whole case is about a lie on this form, and the document itself is like a clock that strikes 13. It casts doubt not only on itself but on everything that happened beforehand. There's a government's proving there's a lie on this document. They want to pick and choose what's truthful and not truthful and not provide evidence to support those assertions. You could think it's your client that's lying, but Academy, a big dealer, is not lying because they're reputable. Is that a reasonable inference? If an Academy employee came and made that type of testimony, I would agree with you. But could people just know, well, I buy things at Academy. I'm not saying me, but could people just say? They can't go outside the record, Judge. But is it reasonable to say, oh, I know Academy. They're a big company. They advertise in the paper every Sunday. People buy their football shirts there. They're not going to lie. I don't think that is reasonable. I don't think that that's a proper argument that any counsel could make to a jury. It would be outside the record. And it's not something that's based on common sense. Well, of course, there was evidence that the person who signed the form that bought the purchaser lied. There's no evidence that the business company, the businessman that sold the gun lied. There's no evidence that they didn't. There's no evidence that they made us to corroborate this statement in any way. There's no statement here, for example, the checkbox where the seller states that his license is valid on the date. Within the hand stamp, there's no expiration date to say that the license is valid on the date. The case that the government wants to hang its hat on is Ranson. And in Ranson, there was a federal supervisor who testified and two employees of the subject seller testified. Ranson cites two additional cases. One is an Eighth Circuit case called Cody where the supervisor of the Treasury Department in the firearms section testified that the store was licensed at the time of the purchase. And also B.B., a Tenth Circuit case where the manager of the Kmart and the manager of the pawn shop testified. So Ranson has a temporal element. And in those cases, each one of those cases, both Ranson and the cited cases in Ranson, employees came to court to testify. If this individual, this person here, had come to court to testify that he knows this is a federal license number belonging to Bachman Pawn, then that would be sufficient. If he also testified that on this date the license was valid, that would be sufficient. We don't have that in this case. Let me ask you, in your view of the record, do you remember whether there's evidence that these 4473s were in the possession of the ATF? And that was one of the ways to get back to the dealer to – do you remember that? I know that they came to be in the possession of the ATF, but I don't know if that was getting ready for court or in preparation for the investigation. I don't remember the agent testifying if this was one of the ways they put it all together. I do remember him testifying, but I don't know whether he went out to the store to get the records or he had them in his own office somewhere. And I furthermore don't know whether the evidence before you, where that comes from, whether it comes from the store or the ATF agent. You weren't saying that there's a checkbox that's not checked, were you? No, I'm saying that if there was a checkbox – There's not a checkbox for the date. That's not a required part of this document. And if it was their judge, then the jury could infer that the license was valid on that date. But there's nothing there for the jury to hold onto to make the conclusion. Well, the only thing they might have is that he required that the dealer actually went to the trouble of getting his form signed. Why doesn't that raise an inference that the license was valid on that date? The dealer could have been simply wanting to make money. Just like the person who purchased this is being accused of falsehood. This dealer, who didn't come to court, wasn't subject to cross-examination, could have been making a false statement simply to make a buck. Period. And he would have sent them then on to ATF? With respect to the Bachman Pond, there's no evidence before you that that was sent on to ATF. That's Government's Exhibit 7. With respect to Government's Exhibit 8, the fax forms that the U.S. attorney mentioned are included in the file. One last thing, the court – Well, the court asked about a reference to the press's testimony. I don't understand the government to be using that to support their argument, but it is at record on Appeal 590. Okay. Thank you, counsel.